# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Tylon Marshall,<br><br>      Defendant. | Case No. 2:17-cr-00404-RFB-VCF-3<br><br>**Order for Criminal History Point Reduction** |

    Having reviewed the defendant's Notice of Eligibility for Criminal History Point Reduction, this Court finds that he qualifies for a retroactive criminal history point reduction under Amendment 821 and General Order 2024-01. This Court orders that defendant's criminal history points be reduced by two points.

**DATED:** January 23, 2025

                                            **RICHARD F. BOULWARE, II**
                                            **UNITED STATES DISTRICT JUDGE**